```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08244
    ALAN B BRESLOFF
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-8314

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/12/2006 and was confirmed 11/27/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/05/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC    25576.72       1209.35        6464.50
AMERICREDIT FINANCIAL SE  UNSECURED        NOT FILED         .00             .00
GREE TREE SERVICING LLC   CURRENT MORTG         .00          .00             .00
EMC MORTGAGE CORPORATION  UNSECURED        NOT FILED         .00             .00
HEAVNER HANEGAN & SCOTT   NOTICE ONLY      NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         10288.96          .00          326.40
ECMC                      UNSECURED        54195.61          .00             .00
AES/SUNTRUST BANK         UNSECURED        NOT FILED         .00             .00
ASSET ACCEPTANCE LLC      UNSECURED           71.68          .00             .00
BANK ONE                  NOTICE ONLY      NOT FILED         .00             .00
BANK OF AMERICA NA        UNSECURED        NOT FILED         .00             .00
BLAIR CORPORATION         NOTICE ONLY      NOT FILED         .00             .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY      NOT FILED         .00             .00
LVNV FUNDING LLC          UNSECURED         1711.29          .00             .00
CAPITAL ONE               UNSECURED          411.77          .00             .00
CAPITAL ONE               UNSECURED          445.78          .00             .00
CHRYSLER CREDIT           NOTICE ONLY      NOT FILED         .00             .00
LVNV FUNDING LLC          UNSECURED          332.86          .00             .00
CITIBANK                  NOTICE ONLY      NOT FILED         .00             .00
DEVON BANK                NOTICE ONLY      NOT FILED         .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          489.60          .00             .00
FIRST BANK & TRUST        UNSECURED         2071.65          .00             .00
FIRST SELECT CORPORATION  NOTICE ONLY      NOT FILED         .00             .00
GE CARD CO                NOTICE ONLY      NOT FILED         .00             .00
GEMB GAP                  UNSECURED        NOT FILED         .00             .00
GEMB M WARD               UNSECURED        NOT FILED         .00             .00
CINGULAR WIRELESS         UNSECURED        NOT FILED         .00             .00
HARRIS BANK OF BARRINGTO  NOTICE ONLY      NOT FILED         .00             .00
HSBC BANK NEVADA/HSBC CA  UNSECURED          658.29          .00             .00
HSBC/CARSONS              UNSECURED        NOT FILED         .00             .00
HSBC/COMP                 NOTICE ONLY      NOT FILED         .00             .00
HSBC/WICKS                NOTICE ONLY      NOT FILED         .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08244 ALAN B BRESLOFF
```

```
ILL STDNT AS             UNSECURED       7157.02              .00              .00
JC PENNY                 NOTICE ONLY   NOT FILED              .00              .00
MARSHALL FIELD           NOTICE ONLY   NOT FILED              .00              .00
MARSHALL FIELDS          UNSECURED     NOT FILED              .00              .00
ELISABETH WALNER MD      UNSECURED     NOT FILED              .00              .00
MITSUBISHI               NOTICE ONLY   NOT FILED              .00              .00
MONOGRAM BANK N AMERICA  NOTICE ONLY   NOT FILED              .00              .00
BANK OF AMERICA OPERATIO UNSECURED     NOT FILED              .00              .00
NELNET LOANS             UNSECURED     NOT FILED              .00              .00
NELNET LOANS             UNSECURED     NOT FILED              .00              .00
PIER ONE IMPORTS         NOTICE ONLY   NOT FILED              .00              .00
PLAINS COMMERCE BANK CRE UNSECURED        905.80              .00              .00
PLAINS COMMERCE BANK     UNSECURED       1124.72              .00              .00
RNB-FIELDS3              NOTICE ONLY   NOT FILED              .00              .00
LVNV FUNDING LLC         UNSECURED       1344.15              .00              .00
ROUNDUP FUNDING LLC      UNSECURED       7741.64              .00              .00
SPRINT                   NOTICE ONLY   NOT FILED              .00              .00
COLUMBUS BANK & TRUST    UNSECURED     NOT FILED              .00              .00
ROUNDUP FUNDING LLC      UNSECURED        115.63              .00              .00
US DEPT OF EDUCATION     NOTICE ONLY   NOT FILED              .00              .00
WFNNB/TODAYS MAN         NOTICE ONLY   NOT FILED              .00              .00
MONTGOMERY WARD          UNSECURED       1574.11              .00              .00
GREE TREE SERVICING LLC  MORTGAGE ARRE   1058.60              .00          1058.60
FEDERATED RETAIL HOLDING UNSECURED       3115.62              .00              .00
EMC MORTGAGE CORPORATION NOTICE ONLY   NOT FILED              .00              .00
INTERNAL REVENUE SERVICE UNSECURED      19681.74              .00              .00
ILLINOIS DEPARTMENT OF R UNSECURED       4706.46              .00              .00
ILLINOIS DEPARTMENT OF R PRIORITY         147.42              .00              .00
*MACEY & ALEMAN          DEBTOR ATTY    1,000.00                           1,000.00
TOM VAUGHN               TRUSTEE                                             601.13
DEBTOR REFUND            REFUND                                                5.02

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------------
TRUSTEE                10,665.00

PRIORITY                                            326.40
SECURED                                           7,523.10
    INTEREST                                      1,209.35
UNSECURED                                              .00
ADMINISTRATIVE                                    1,000.00
TRUSTEE COMPENSATION                                601.13
DEBTOR REFUND                                         5.02
                      ---------------        ---------------
TOTALS                 10,665.00                 10,665.00


             PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 08244 ALAN B BRESLOFF
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 06 B 08244 ALAN B BRESLOFF